JACOB M. HEATH (SBN 238959)
jheath@orrick.com
ARAVIND SWAMINATHAN (*pro hac vice forthcoming*)
aswaminathan@orrick.com
REBECCA HARLOW (SBN 281931)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorneys for Defendant
FANTASIA TRADING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FANTASIA TRADING LLC, a Delaware entity d/b/a WWW.SOUNDCORE.COM,<br><br>Defendant. | Case No.   2:23-cv-6154<br><br>**NOTICE OF REMOVAL** |

1 **TO:** THE CLERK OF THE COURT

2 **AND TO:** PLAINTIFF THROUGH HER COUNSEL OF RECORD

3     **PLEASE TAKE NOTICE** that Defendant Fantasia Trading LLC, d/b/a www.soundcore.com ("Fantasia"), by and through its undersigned counsel hereby removes to this court pursuant to 28 U.S.C. § 1331 the above-captioned action, which was originally filed in the Superior Court for the State of California, County of Los Angeles, and assigned Case No. 23STCV12871.

    In support of its Notice of Removal, Fantasia states as follows:

## BACKGROUND

1. On June 5, 2023, Plaintiff commenced this action in Los Angeles County Superior Court by filing a Class Action Complaint entitled *Ceiara Munoz, individually and on behalf of all others similarly situated v. Fantasia Trading, LLC, d/b/a www.soundcore.com.* The complaint was served on Fantasia on June 28, 2023.

2. The only cause of action in the Class Action Complaint is for alleged violation of the federal Video Privacy Protection Act, 18 U.S.C. § 2710.

3. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served upon counsel for Plaintiff and filed with the Clerk of the California Superior Court for the County of Los Angeles, as an exhibit to a Notice of Filing of Notice of Removal.

## JURISDICTION

4. This action is removal pursuant to 28 U.S.C. § 1331, which states that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. This action arises solely under a federal statute.

## NOTICE OF REMOVAL IS TIMELY

6. This Notice of Removal is timely. Under 28 U.S.C. § 1446(b), "[e]ach defendant shall have 30 days after . . . service on that defendant of the initial pleading or summons . . . to file the notice of removal." Here, Fantasia was served on June

1  28, 2023 and files this Notice of Removal on July 28, 2023, thirty days after service.

## VENUE FOR REMOVAL

7. Because this action was initially brought in the Los Angeles County Superior Court, venue for purposes of removal is proper in this Court under 28 U.S.C. § 128(a): this District embraces Los Angeles County, California, the place where the removed action has been pending. *See* § 1446(a).

## NOTICE OF FILING OF NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to counsel of record for Plaintiff and will promptly file a copy of this Notice of Removal with the Los Angeles County Superior Court.

## CONCLUSION

WHEREFORE, Defendant Fantasia Trading, LLC hereby removes this action to this Court for all future proceedings.

Dated: July 28, 2023

JACOB M. HEATH
ARAVIND SWAMINATHAN
REBECCA HARLOW
Orrick, Herrington & Sutcliffe LLP


By: */s/ Jacob M. Heath*
JACOB M. HEATH
Attorneys for Defendant
FANTASIA TRADING LLC