PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>FANTASIA TRADING LLC, a Delaware entity d/b/a WWW.SOUNDCORE.COM,<br><br>   Defendants. | Case No. 2:23-cv-06154-WLH-PVC<br>Judge Wesley L. Hsu<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to the Court's August 10, 2023 Order striking Plaintiff Cieara Munoz's Notice of Voluntary Dismissal of an Action (Pursuant to FRCP 41(a)(1)), Plaintiff Cieara Munoz and Defendant Fantasia Trading LLC, d/b/a www.soundcore.com hereby stipulate to the dismissal of this action without prejudice.

**IT IS SO STIPULATED.**

Dated: August 11, 2023

SCOTT J. FERRELL
Pacific Trial Attorneys APC

By: /s/Scott J. Ferrell
    SCOTT J. FERRELL
    Attorneys for Plaintiff
    CIEARA MUNOZ

Dated: August 11, 2023

JACOB M. HEATH
ARAVIND SWAMINATHAN
REBECCA HARLOW
THOMAS K. FU
Orrick, Herrington & Sutcliffe LLP

By: /s/ Jacob M. Heath
    JACOB M. HEATH
    Attorneys for Defendant
    FANTASIA TRADING LLC

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

/s/    Scott J. Ferrell
Scott J. Ferrell

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.