# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FANTASIA TRADING LLC, a Delaware entity d/b/a WWW.SOUNDCORE.COM,<br><br>　　　　Defendants. | Case No. 2:23-cv-06154-WLH-PVC<br>Judge Wesley L. Hsu<br><br>**ORDER RE STIPULATION OF DISMISSAL [21]** |

Pursuant to the parties' stipulation, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: 8/23/23

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE